# United States District Court
## Southern District of Georgia

Sonya Diamond

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-30

Publix Super Markets, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Clerk's Order dated 12/14/17, granting Defendant's motion for summary judgment, judgment is hereby entered closing the case.

| 12/14/17 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |